**Scura, Wigfield, Heyer & Stevens, LLP**
1599 Hamburg Tpk
Wayne, NJ 07470
973-696-8391
973-696-8571

Invoice submitted to:

Karen Adleman
111 E Dewey Ave
Apt T16
Wharton, NJ 07885

September 06, 2016
In Reference To: Chapter 13
Case #  C13--00818
Invoice # 40107

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/16/2016 | JBE | Telephone call with client. Discussed case with CB. | 0.20<br>150.00/hr | 30.00 |
| 6/20/2016 | TA | Paralegal- Set up New client file, Enter client information into Time Matters & Time Slips. | 0.50<br>150.00/hr | NO CHARGE |
| 6/21/2016 | CB | Discussion with JES regarding status of BK filing | 0.10<br>375.00/hr | 37.50 |
| 6/23/2016 | JBE | Started working petition. | 2.00<br>150.00/hr | 300.00 |
|  | CB | Review of judgment search and credit report. Discussed plan structure with regarding to VJ judgment entered by association, Four Seasons with JES | 0.30<br>375.00/hr | 112.50 |
| 6/27/2016 | JBE | Finished petition and plan. | 3.00<br>150.00/hr | 450.00 |
|  | CB | Discussion with JES regarding Plan structure, specifically dealing with Assoc. non-docketed judgment, former attorney bill, and timeshare | 0.20<br>375.00/hr | 75.00 |
|  | CB | Reviewed prepared BK petition and plan in advance of client meeting | 0.50<br>375.00/hr | 187.50 |
|  | CB | Meeting with client to review BK petition and plan, make changes, and explain process while answering questions regarding credit report, prior BK, and creditors. | 1.10<br>375.00/hr | 412.50 |

Karen Adleman    Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/28/2016 | JBE | Petition and plan revisions.  Filed case. | 0.70<br>150.00/hr | 105.00 |
| 7/7/2016 | JBE | 341 ltr to client. | 0.50<br>150.00/hr | 75.00 |
| 7/14/2016 | JBE | Prepared 341 docs for Trustee, uploaded same. | 0.30<br>150.00/hr | 45.00 |
| 7/22/2016 | JBE | Amended plan and schedules to treat and list Bank of America. | 1.00<br>150.00/hr | 150.00 |
| 7/25/2016 | CB | Reviewed modified plan.  Made minor revision and discussed with JES | 0.30<br>375.00/hr | 112.50 |
| 8/3/2016 | AS | Notice of Commencement<br>Plan<br>Amended Schedule and Order Respecting Schedule Amendment | 0.70<br>150.00/hr | 105.00 |
| 8/8/2016 | AS | Redaction of Individual Tax Return | 0.10<br>150.00/hr | 15.00 |
|  | JBE | Telephone call with client re. cannot make 341 due to hospitalization. Discussed with CB.  Email to Trustee's office. | 0.30<br>150.00/hr | 45.00 |
|  | CB | Discussion with JES regarding client being hospitalized and unable to attend the 341 meeting.  Discussed adjournment request and checked NDC website for Plan payments | 0.30<br>375.00/hr | 112.50 |
| 8/9/2016 | CB | Appearance at 341 hearing to adjourn and provide 2015 tax return to Trustee | 0.20<br>375.00/hr | 75.00 |
|  | CB | Drive to and from Newark for 341 hearing (time split with other clients) | 0.40<br>375.00/hr | 150.00 |
| 8/10/2016 | CB | Reviewed POC filed by Four Seasons on Galloway property.  Lien was placed prior to prior BK | 0.20<br>375.00/hr | 75.00 |
| 8/11/2016 | JBE | Letter to clients re. new 341 date. | 0.20<br>150.00/hr | 30.00 |
| 8/22/2016 | CB | Plan and prepare for 341 hearing, scheduled for tomorrow. Reviewed pleadings, PACER, and NDC website.  Called client to discuss case and remind what to bring to meeting | 0.50<br>375.00/hr | 187.50 |
| 8/23/2016 | CB | Drive to and from Newark for 341 hearing (time split with other clients) | 0.60<br>150.00/hr | 90.00 |
|  | CB | Appearance at 341 meeting, wait time, and conversations with clients regarding their case and upcoming confirmation hearing | 0.50<br>375.00/hr | 187.50 |

Karen Adleman                                                                                                           Page    3

|            |     |                                                                                                                                                                  | Hrs/Rate         | Amount      |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|-------------|
| 8/25/2016  | CB  | Reviewed Trustee's Objection to Plan and discussed obtaining mortgage payoff with JES                                                                            | 0.30<br>375.00/hr | 112.50     |
| 8/26/2016  | AS  | Phone call to George to see if they had any Mortgage Statements for 415 Scarborough Property. Straight to Voicemail. No message left.                            | 0.10<br>150.00/hr | NO CHARGE  |
| 8/29/2016  | AS  | Call to George. Left message to call me or John back in regards to 415 Scarborough Property                                                                       | 0.10<br>150.00/hr | 15.00      |
| 8/30/2016  | JBE | Telephone call with client.                                                                                                                                       | 0.10<br>150.00/hr | 15.00      |
| 8/31/2016  | CB  | Reviewed 2009 frcl complaint provided by client to address the Trustee's objection to confirmation.  Discussed with JES emailing the Trustee and what to point out as far as estimated mortgage balances | 0.30<br>375.00/hr | 112.50     |

|           | For professional services rendered | 15.60 | $3,420.00 |
|-----------|-------------------------------------|-------|-----------|

Additional Charges :

| 7/14/2016 | Filing Fee                              | 310.00 |
|-----------|-----------------------------------------|--------|
|           | Signature Information Solutions- Search | 20.00  |
| 7/26/2016 | Filing Fee                              | 30.00  |

|           | Total costs            | $360.00   |
|-----------|------------------------|-----------|
|           | Total amount of this bill | $3,780.00 |
| 6/16/2016 | Payment - Thank You    | ($300.00) |
| 6/21/2016 | Payment - Thank You    | ($2,550.00) |
|           | Total payments and adjustments | ($2,850.00) |
|           | Balance due            | $930.00   |

Timekeeper Summary

| Name                                  | Hours | Rate   |
|---------------------------------------|-------|--------|
| CB - Christopher Balala, Esq.         | 5.20  | 375.00 |
| CB - Christopher Balala, Esq.         | 0.60  | 150.00 |
| AS - Alex Scolavino - Paralegal       | 0.90  | 150.00 |
| AS - Alex Scolavino - Paralegal       | 0.10  | 0.00   |
| JBE - John B Esposito - Paralegal     | 8.30  | 150.00 |
| TA - Tami Arce -  Paralegal           | 0.50  | 0.00   |