Scura, Wigfield, Heyer, Stevens & Cammarota, LLP
1599 Hamburg Tpk
Wayne, NJ 07470
973-696-8391
973-696-8571

Invoice submitted to:

Karen Adleman
111 E Dewey Ave
Apt T16
Wharton, NJ 07885

April 13, 2017

In Reference To: Chapter 13
Case # C13--00818
Invoice #41465

Professional Services

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/31/2016 | JBE | Discussed case with CB regarding Trustee's objection. Email to Trustee concerning potential equity in surrendered property. | 0.60<br>150.00/hr | 90.00 |
| 9/6/2016 | CB | Plan and prepare for Confirmation, scheduled for tomorrow. Reviewed filed pleadings, PACER, NDC website, and Trustee's objection. Researched 100% case and applicable commitment period | 0.50<br>375.00/hr | 187.50 |
| | JBE | Prepared and filed PCC. | 0.20<br>150.00/hr | 30.00 |
| 9/7/2016 | CB | Drive to and from Newark for Confirmation hearing (time split with other clients) | 0.30<br>150.00/hr | 45.00 |
| | CB | Court appearance at Confirmation hearing | 0.40<br>375.00/hr | 150.00 |
| 9/9/2016 | JBE | Letter to clients re. case confirmed. | 0.40<br>150.00/hr | NO CHARGE |
| 9/28/2016 | CB | Reviewed Plan Objection filed by Four Seasons. Plan was already confirmed (rev. docket). No response needed | 0.30<br>375.00/hr | 112.50 |
| 10/4/2016 | CB | Telephone call with client to discuss increased Plan payment, reasons thereof, and case ending much sooner than term listed in Order Confirming | 0.30<br>375.00/hr | 112.50 |

Karen Adleman                                                                                                         Page     2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/11/2016 CB | Reviewed Plan Objection filed by Four Seasons Assoc. Plan has been long confirmed, no response is needed | 0.30 375.00/hr | 112.50 |
| 11/15/2016 CB | Telephone call with client to discuss BTC, subsequent POCs that were filed, as well as status of DIL | 0.20 375.00/hr | 75.00 |
| 11/16/2016 JBE | Requested BTC. | 0.20 150.00/hr | NO CHARGE |
| 12/7/2016 JR | Looked up Galloway servicer and reached out to the lender with borrower authorization. | 0.80 150.00/hr | 120.00 |
| 1/16/2017 AS | Review of Ch.13 Trustee Annual Report. Saved to server. | 0.10 150.00/hr | NO CHARGE |
| 3/2/2017 JBE | Telephone call with client re. potential deed in lieu. | 0.30 150.00/hr | 45.00 |
| 3/14/2017 CB | Review of Fee App draft bill. No charged where needed | 0.10 375.00/hr | 37.50 |
| 4/11/2017 AS | Amended Fee App, Correcting No Charges. | 0.10 150.00/hr | 15.00 |
|  | For professional services rendered | 5.10 | $1,132.50 |
|  | Additional Charges : |  |  |
| 8/9/2016 | Parking and/or Tolls- |  | 3.00 |
| 9/1/2016 | Postage |  | 0.67 |
| 9/14/2016 | Parking and/or Tolls- |  | 1.88 |
|  | Total costs |  | $5.55 |
|  | Total amount of this bill |  | $1,138.05 |
|  | Previous balance |  | $930.00 |
| 10/21/2016 | Payment - Thank You |  | ($473.46) |
| 11/21/2016 | Payment - Thank You |  | ($456.54) |
|  | Total payments and adjustments |  | ($930.00) |
|  | Balance due |  | $1,138.05 |

Karen Adleman                                                                                                    Page      3

## Timekeeper Summary

| Name | Hours | Rate |
|---|---:|---:|
| CB - Christopher Balala, Esq. | 2.10 | 375.00 |
| CB - Christopher Balala, Esq. | 0.30 | 150.00 |
| AS - Alex Scolavino - Paralegal | 0.10 | 150.00 |
| AS - Alex Scolavino - Paralegal | 0.10 | 0.00 |
| JBE - John B Esposito - Paralegal | 1.10 | 150.00 |
| JBE - John B Esposito - Paralegal | 0.60 | 0.00 |
| JR - Jamal Romero - Paralegal | 0.80 | 150.00 |